UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                                          Case No. 1:06:CR:73-01

DANIEL M. KORSON,                                   HON. GORDON J. QUIST

      Defendant.
_____/

## ORDER

      This court has read the Defendant's Petition that the court recommend that he be released to the Residential Reentry Center.  Defendant's defalcations caused very serious losses to his victims - over $2 million.  Defendant has not come forth with any good reason as to why this court should interfere with the Bureau of Prisons by recommending how the BOP should administer Defendant's sentence.  Defendant has only asserted the problems with a prison term that are faced by every defendant who is similarly situated.

      Therefore, the Petition (docket no. 28) is hereby **DENIED**.

Dated:  November 10, 2008                           _____/s/ Gordon J. Quist_____
                                                                          GORDON J. QUIST
                                                                          UNITED STATES DISTRICT JUDGE