Probation Form No. 35             Report and Order Terminating Supervised Release
(1/92)                                                      Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

       V.                                                 Dkt. No. 1:06:CR:073-01

DANIEL M. KORSON

On March 22, 2011, the above named was placed on supervised release for a period of three years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision.

The defendant has paid $319,988.88 and has a balance of $1,945,628.63 owing on restitution and fine. The defendant will be responsible for that obligation through the U.S. Attorney's Office for 20 years. The defendant has met all other conditions of supervised release, successfully reintegrated into the community, and does not pose a foreseeable risk to public safety or any individual third party. The assigned Assistant U.S. Attorney was consulted regarding early termination in this case and expressed concurrence with this recommendation.

Pursuant to the provisions of 18 U.S.C. § 3564(c) and The Supervision of Federal Offenders, Monograph 109, Chapter 3 § 380.10, it is respectfully recommended the defendant's term of supervised release be satisfactorily terminated prior to the original expiration date.

                                       Respectfully submitted,

                                       /s/

                                       Kristina M. Snow
                                       U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and the proceedings in the case be terminated.

     Dated this  1st  day of  November , 2013.

                                       /s/ Gordon J. Quist
                                       The Honorable Gordon J. Quist
                                       U.S. District Judge